# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | | |
|---|---|---|
| Luis Ramirez | Case No.: | 19-19024 |
| | Hearing Date: | 8/6/19 @ 9:00 am |
| | Chapter: | 13 |
| | Judge: | Michael B. Kaplan |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Michael B. Kaplan__, United States Bankruptcy Judge.

**Reason for Hearing:** Re-list [16] Motion for Relief from Stay re: 312 Neville Street, Perth Amboy, New Jersey

**Location of Hearing:** Courtroom No. 8
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

**Date and Time:** August 6, 2019 at 9:00 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: July 23, 2019

JEANNE A. NAUGHTON, Clerk

By: Wendy I. Romero
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __July 23__, 20__19__ this notice was served on the following: Trustee, Luis Ramirez, Yakov Rudikh, Ahmed Albrolisy

JEANNE A. NAUGHTON, Clerk

By: Wendy I. Romero
Deputy Clerk

*rev.1/4/17*