**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | | |
|---|---|---|
| Luis Ramirez | Case No.: | 19-19024 |
| | Hearing Date: | 8/6/19 @ 9:00 am |
| | Chapter: | 13 |
| | Judge: | Michael B. Kaplan |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable  Michael B. Kaplan , United States Bankruptcy Judge.

**Reason for Hearing:** Re-list [16] Motion for Relief from Stay re: 312 Neville Street, Perth Amboy, New Jersey

**Location of Hearing:** Courtroom No. 8
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

**Date and Time:** August 6, 2019 at 9:00 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: July 23, 2019

JEANNE A. NAUGHTON, Clerk

By: Wendy I. Romero
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on July 23, 20 19 this notice was served on the following: Trustee, Luis Ramirez, Yakov Rudikh, Ahmed Albrolisy

JEANNE A. NAUGHTON, Clerk

By: Wendy I. Romero
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Luis Ramirez  
    Debtor

Case No. 19-19024-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 23, 2019  
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2019.  
db         +Luis Ramirez,   312 Neville St,   Perth Amboy, NJ 08861-3314  
intp       +Ahmed Albrolisy,   894 Joan Court,   North Brunswick, NJ 08902-3223

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2019 at the address(es) listed below:  
            Albert  Russo    docs@russotrustee.com  
            Elizabeth K. Holdren    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Bank of America, N.A. eholdren@hillwallack.com,  
             jhanley@hillwallack.com;hwbknj@hillwallack.com  
            Rebecca Ann Solarz    on behalf of Creditor   MTGLQ Investors, LP. rsolarz@kmllawgroup.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
            Yakov  Rudikh    on behalf of Debtor Luis  Ramirez yrudikh@gmail.com,  
             rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com  
                                                                                                                           TOTAL: 5